UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
JOCELYN PIERRE,

                     Plaintiff,                                  REPORT AND
                                                                        RECOMMENDATION

   -against-

                                                                        20 CV 924 (AMD)(RML)

DUANE READE INC. and CRAM REALTY
CORP.,

                     Defendants.
---------------------------------------------------------X
LEVY, United States Magistrate Judge:

        Plaintiff Jocelyn Pierre ("plaintiff") commenced this action on February 20, 2020, asserting claims under the Americans with Disabilities Act, 42 U.S.C. § 12181, et seq.; the New York City Human Rights Law, NYC Admin. Code § 8-107(4)(a); and the New York State Human Rights Law, N.Y. Exec. Law §296 (2)(a). (See Complaint, dated Feb. 20, 2020, Dkt. No. 1.) Service of process was effected with respect to both defendants on March 3, 2020. (See Affidavits of Service, dated Mar. 3, 2020, Dkt. Nos. 5, 6.) Defendant Duane Reade Inc. answered the complaint on May 27, 2020 and ultimately settled with plaintiff. A stipulation of voluntary dismissal with respect to that defendant was filed on December 30, 2020. (See Stipulation of Voluntary Dismissal with Prejudice, dated Dec. 29, 2020, Dkt. No. 14.)

        However, to date, defendant Cram Realty Corp. has not answered or otherwise appeared in this action. By order dated February 11, 2021, I directed plaintiff's counsel to file a status report with respect to defendant Cram Realty Corp. within fourteen days. Plaintiff's counsel did not respond, and on March 3, 2021, I issued an order directing plaintiff's counsel to file a status report by March 10, 2021 with a warning that failure to do so would result in a

recommendation that this case be dismissed and closed. (See Order, dated Mar. 3, 2021.) Again, plaintiff has not responded.

Accordingly, I am constrained to recommend that this case be dismissed for lack of prosecution. Any objections to this Report and Recommendation must be filed electronically within fourteen (14) days. Failure to file objections within the specified time waives the right to appeal the district court's order. See 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72, 6(a), 6(d).

Respectfully submitted,

/s/
ROBERT M. LEVY
United States Magistrate Judge

Dated: Brooklyn, New York
        March 23, 2021